In the Matter of the Claim of YVONNE PEARSON, Appellant, v BESTCARE et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted July 28, 2008; decided October 16, 2008

Motion for reargument of motion for leave to appeal denied [*see* 10 NY3d 715 (2008)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DZEMIL BALIC, Appellant.

Submitted July 28, 2008; decided October 16, 2008

Motion for leave to appeal granted. Motion for poor person relief granted.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v AMBER BAUMAN and CHARLES EDWARD LAFLER, Respondents.

Submitted September 22, 2008; decided October 16, 2008

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to respondent Amber Bauman on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIONIS COLLADO, Appellant.

Submitted September 29, 2008; decided October 16, 2008

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.